PARK COUNTY CLERK
OF DISTRICT COURT
JUNE LITTLE

2012 DEC 11 PM 3 22

FILED
BY _____
DEPUTY

## MONTANA SIXTH JUDICIAL DISTRICT COURT, PARK COUNTY

| | |
|---|---|
| **CHRISTIAN LEFER and ALLISON LEFER**, <br><br> Plaintiffs, <br><br> v. <br><br> **JAMES W. "JIM" MURRY, COMMISSIONER OF POLITICAL PRACTICES, STATE OF MONTANA.** <br><br> Defendant. | Dept. No. <br> Cause Number: **DV-2012-205** <br><br><br> **PROTECTIVE ORDER** |

The Court having received the *Motion for Protective Order* filed on behalf of the Plaintiffs and Defendants, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion for Protective Order is GRANTED.

**IT IS FURTHER ORDERED** that the Colorado Documents described in the Motion may not be released to the public or to others until the Court has had a chance to review them and to rule on the rights, status, and legal relations of the parties under the Uniform Declaratory Judgments Act.

DATED this 11th day of December, 2012.

_____
District Court Judge

c:   Quentin M. Rhoades & Robert Erickson
     James M. Scheier

mailed 12/11/12 SK